| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>Central Justice Center<br>700 W. Civic Center Drive<br>Santa Ana, CA 92702 ||
|---|---|
| **SHORT TITLE:** Global Discovery Biosciences Corporation vs. Al Thani ||
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2016-00878822-CU-BC-CJC** |

I certify that I am not a party to this cause. I certify that the following document(s), Order Granting Attorneys Motion to be Relieved as Counsel dated 10/14/20, have been transmitted electronically by Orange County Superior Court at Santa Ana, CA. The transmission originated from Orange County Superior Court email address on October 16, 2020, at 1:46:36 PM PDT. The electronically transmitted document(s) is in accordance with rule 2.251 of the California Rules of Court, addressed as shown above. The list of electronically served recipients are listed below:

LEVIN & DICTEROW
WILLIAM.LEVIN@LEVINIP.COM

Clerk of the Court, by: _JBanera_ , Deputy

Electronically Received by Superior Court of California, County of Orange, 08/20/2020 03:21:00 PM.
30-2016-00878822-CU-BC-CJC - ROA # 385 - DAVID H. YAMASAKI, Clerk of the Court By Karla Macias, Deputy Clerk.

**MC-053**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William E. Levin (SBN 102631) Steven M. Dicterow (SBN 89371)<br>LEVIN & DICTEROW<br>301 Forest Avenue, Second Floor<br>Laguna Beach, CA 92651<br>TELEPHONE NO.: (949) 613-5131  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Khalid Bin Jabor Al-Thani; Partners & Partners, S.A.R.L.;Trivalley Trading & Contracting, WLL | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>OCT 14 2020<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: J. BARRERA, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

| CASE NAME: Global Discovery Biosciences Corporation v. Khalid Bin Jabor Al Thani | CASE NUMBER:<br>30-2016-00878822-CU-BC |
|---|---|
| **ORDER GRANTING ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | HEARING DATE: December 3, 2020<br>DEPT.: C31  TIME: 1:30 pm<br>BEFORE HON.: Richard Lee<br>DATE ACTION FILED: October 4, 2016<br>TRIAL DATE: 3-29-2021 |

1. The motion of (name of attorney): William E. Levin; Steven M. Dicterow; LEVIN & DICTEROW
   to be relieved as counsel of record for (name of client): Khalid Bin Jabor Al-Thani; Partners & Partners, S.A.R.L.;Trivalley Trading & Contracting, WLL
   a party to this action or proceeding, came on regularly for hearing at the date, time, and place indicated above.

2. The following persons were present at the hearing:

**FINDINGS**

3. Attorney has
   a. ☐ personally served the client with papers in support of this motion,
   b. ☒ served client by mail and submitted a declaration establishing that the service requirements of California Rules of Court, rule 3.1362, have been satisfied.

4. Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought a motion under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1).

**ORDER**

5. Attorney is relieved as counsel of record for client
   a. ☐ effective upon the filing of the proof of service of this signed order upon the client.
   b. ☐ effective on (specify date):

6. The client's ☒ current  ☐ last known  address and telephone number:
   5 Center Court, Dana Point, CA 92629

If the client's current address is known, service on the client must hereafter be made at that address unless otherwise ordered in item 13. If the current address is not known, service must be made according to Code of Civil Procedure section 1011 (b) and rule 3.252 of the California Rules of Court.

7. a. The next scheduled hearing in this action or proceeding is set for (date, time, and place): Jury Trial, March 29, 2021
      9:00 a.m., Dept. C31
   b. The hearing will concern (subject matter): Jury Trial

**NOTICE TO CLIENT**
You or your new attorney, if any, must prepare for and attend this hearing.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-053 [Rev. January 1, 2007]

**ORDER GRANTING ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Proedure., § 284;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–053

| CASE NAME:<br>Global Discovery Biosciences Corporation v. Khalid Bin Jabor Al Thani | CASE NUMBER:<br>30-2016-00878822-CU-BC |
|---|---|

8. The following additional hearings and other proceedings (including discovery matters) are set in this action *(describe the date, time, place, and subject matter of each)*: February 26, 2021 at 9:00AM in Dept. C31 for Mandatory Settlement Conference

9. The trial in this action or proceeding:
   a. ☐ is not yet set.
   b. ☒ is set for *(specify date, time, and place)*: Jury Trial, March 26, 2021, 9:00 a.m., Dept. C31

10. Client is hereby notified of the following effects this order may have upon parties.

    **NOTICE TO CLIENT**
    Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:
    - A guardian
    - A conservator
    - A trustee
    - A personal representative
    - A probate fiduciary
    - A corporation
    - A guardian ad litem
    - An unincorporated association

    If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.

11. Client is notified that, if the client will be representing himself or herself, the client shall be solely responsible for the case.

    **NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**
    You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.

12. Client is notified that it is the client's duty to keep the court informed at all times of the client's current address.

    **NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**
    The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

13. The court further orders *(specify)*: The client(s) shall be allowed ___ days to obtain new counsel

Date: 10/14/2020

JUDGE OR JUDICIAL OFFICER
**RICHARD Y. LEE**

MC-053 [Rev. January 1, 2007]

**ORDER GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com