**FILED**

FEB 7, 2022

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKU___
Deputy Clerk, U.S. District Court

# DENIED
## BY ORDER OF THE COURT

Defendants have filed an *ex parte* application requesting a stay of discovery and to advance the hearing on Defendants' Motion to Dismiss for *Forum Non Conveniens* or pursuant to Federal Rule of Civil Procedure 12(b)(7). (*See* Doc. 31.)  A party must make a "clear showing of hardship or inequity to justify a blanket stay of discovery pending resolution of a challenge on the pleadings." *In re Valence Tech. Sec. Litig.*, 1994 WL 758688, at *2 (N.D. Cal. Nov. 18, 1994).  Defendants have not pointed to any special hardship that would result if they are required to proceed with discovery until their motion to dismiss or a regularly-noticed motion for a stay can be heard. Moreover, there is no emergency that justifies moving what is already on calendar as a regularly-noticed motion to the head of the line through the filing of an *ex parte* application, particularly as the Court's procedures page makes clear that such applications are disfavored. *See* Judge's Procedures Page, available at https://www.cacd.uscourts.gov/honorable-josephine-l-staton.  In sum, Defendants have failed to show any "crisis" that warrants *ex parte* treatment.  The application is therefore DENIED.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trivalley Doha Qatar dba Trivalley Trading & Contracting, WLL, a Qatar Limited Liability Company and Khalid bin Jabor Al Thani, a citizen of Qatar, <br><br> Plaintiffs, <br><br> vs. <br><br> William Levin, a California citizen; Steven Dicterow, a California citizen; and Levin & Dicterow, a California general partnership, <br><br> Defendants. | Case No.: 8:21-cv-1857-JLS (KESx) <br><br> [PROPOSED] ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR A PROTECTIVE ORDER STAYING DISCOVERY AND SHORTEN TIME FOR THE HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS, OR, TO DISMISS PURSUANT TO FRCP 12(b)(7) FOR FAILURE TO JOIN AN INDISPENSABLE PARTY <br><br> Courtroom:    10A <br> Judge:         Hon. Josephine Staton |

THE COURT, after due consideration of the Defendants' Steven Dicterow and Levin & Dicterow's Ex Parte Application For a Protective Order Staying Discovery and to Shorten Time for the Hearing on Defendants' Motion to Dismiss for Forum Non Conveniens, or to Dismiss Pursuant to FRCP 12(b)(7) for Failure to Join an Indispensable Party, now orders as follows:

       1.     The Defendants' Ex Parte Application is _____

       2.     Discovery is/is not stayed pending further order of the court

       3.     Defendants' Motion to Dismiss for Forum Non Conveniens, or to Dismiss Pursuant to FRCP 12(b)(7) for Failure to Join an Indispensable Party shall be heard on: _____ at __:__ _.m. in this Department.

       4.     Opposition papers shall be filed and served on or before _____.

       5.     Reply papers shall be filed and served on or before _____.

IT IS SO ORDERED.

Dated: _____

_____
JUDGE, US DISTRICT COURT