Eric Landau (State Bar No. 138849)
*elandau@egsllp.com*
Travis Biffar (State Bar No. 217593)
*tbiffar@egsllp.com*
Ellenoff Grossman & Schole LLP
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone:   (212) 370-1300
Facsimile:   (212) 370-7889

Attorneys for plaintiffs
Trivalley Doha Qatar dba Trivalley
Trading & Contracting, WLL, and
Khalid bin Jabor Al Thani

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Trivalley Doha Qatar dba Trivalley Trading & Contracting, WLL, a Qatar Limited Liability Company, and Khalid bin Jabor Al Thani, a citizen of Qatar,<br><br>　　　　plaintiffs,<br>　　vs.<br><br>William Levin, a California citizen; Steven Dicterow, a California citizen; and Levin & Dicterow, a California general partnership,<br><br>　　　　defendants. | Case No. 8:21-cv-01857-JLS-KES<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date Action Filed:  November 10, 2021<br><br>Honorable Josephine L. Staton |

{01089331.DOCX.1}

TO THE COURT, ALL COUNSEL AND THEIR ATTORNEYS OF RECORD,
AND ALL APPEARING PARTIES, PLEASE TAKE NOTICE THAT:

1.      This action is dismissed by plaintiffs Trivalley Doha Qatar dba Trivalley
Trading & Contracting, WLL and Khalid bin Jabor Al Thani in its entirety with prejudice
pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2.      All parties shall bear their own attorneys' fees and costs.

Dated: February 23, 2022              Ellenoff Grossman & Schole LLP


                                      By:        /s/ Travis Biffar
                                            Travis Biffar
                                            Attorneys for plaintiffs

{01089331.DOCX.1}                          1

NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)